**RECEIVED BY MAIL**
MAR 2 4 2008
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young U.S. Courthouse
and Federal Building
Office of the Clerk
401 W. Central Boulevard, Suite 1200
Orlando, Florida 32801
407/835-4200

Sheryl L. Loesch
Clerk

Laura Barsamian
Orlando Division Manager

February 26, 2008

Mr. James G. Woodward, Clerk
United States District Court
3.300 Thomas F. Eagleton
 United States Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

RE:    MDL-1769 – In Re: Seroquel Products Liability Litigation

Dear Mr. Woodward:

Enclosed is one certified copy of an order filed by the Panel under 28 U.S.C. § 1407. Section 1407 requires that the transferee clerk "transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." A copy of Rule 1.6, R.P.J.P.M.L., 120 F.R.D. 251, which deals specifically with the transfer of files, is enclosed for your convenience.

Please either send your original file below and a certified copies of the docket sheets to this address: **U.S. District Court, Office of the Clerk, 401 West Central Blvd., 120, Orlando, FL, 32801-0120;** or, if the case is completely electronic and all documents can be retrieved from PACER, you can email a cover letter and certified docket sheet to me at **Mollie_Pleicones@flmd.uscourts.gov.**

Due to the large volume of cases, it would be very much appreciated if you could be sure to reference the Middle District of Florida's case number on each of your cases.

If you have any questions, please contact me at 407-835-4203.

Sincerely,

Mollie A. Pleicones,
Deputy Clerk

Enclosures
c:    Michael J. Beck, Clerk, MDL Panel

| CASE STYLE | EDMO CASE NUMBER | MD FL CASE NUMBER |
|---|---|---|
| Denny v. AstraZeneca | 4:08-cv-172 | 6:08-cv-355-Orl-22DAB |
| Manigo v. AstraZeneca | 4:08-cv-175 | 6:08-cv-356-Orl-22DAB |
| Walker v. AstraZeneca | 4:08-cv-176 | 6:08-cv-357-Orl-22DAB |
| Frierdich v. AstraZeneca | 4:08-cv-178 | 6:08-cv-358-Orl-22DAB |
| Harris v. AstraZeneca | 4:08-cv-181 | 6:08-cv-359-Orl-22DAB |

A CERTIFIED TRUE COPY

MAR - 4 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 15 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION          MDL No. 1769

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-53)**

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 457 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR - 4 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I certify the foregoing to be a true
and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida

By: _____
Deputy Clerk

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION          MDL No. 1769

## SCHEDULE CTO-53 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

**ALABAMA NORTHERN**
ALN  2  08-199          David McCormick v. AstraZeneca Pharmaceuticals, LP, et al.

**ARKANSAS WESTERN**
ARW  6  08-6008         Jennifer Willett v. AstraZeneca, PLC

**INDIANA NORTHERN**
INN  1  08-34           Kristine Al-Khuzaie v. AstraZeneca Pharmaceuticals, LP, et al.

**MISSOURI EASTERN**
MOE  4  08-172          Raymond Denny v. AstraZeneca Pharmaceuticals, LP
MOE  4  08-175          Sandra Manigo v. AstraZeneca Pharmaceuticals, LP
MOE  4  08-176          Leonard Walker v. AstraZeneca Pharmaceuticals, LP
MOE  4  08-178          Pamela Frierdich v. AstraZeneca Pharmaceuticals, LP
MOE  4  08-181          Aura Harris v. AstraZeneca Pharmaceuticals, LP

**NORTH CAROLINA WESTERN**
NCW  1  08-30           Rebecca Christopher v. AstraZeneca Pharmaceuticals, LP, et al.
NCW  5  08-8            Clifton Thompson v. AstraZeneca Pharmaceuticals, LP, et al.

**PENNSYLVANIA EASTERN**
PAE  2  07-5517         Robert I. Benson v. AstraZeneca Pharmaceuticals, LP, et al.
PAE  2  07-5518         Charlotte Reid v. AstraZeneca Pharmaceuticals, LP, et al.

**PENNSYLVANIA WESTERN**
PAW  2  08-128          Mark Nemeth v. AstraZeneca Pharmaceuticals, LP, et al.

**TENNESSEE WESTERN**
TNW  2  08-2040         Rudolph E. Chaffin v. AstraZeneca Pharmaceuticals, LP, et al.

**TEXAS WESTERN**
TXW  3  08-27           Ismael Fonseca v. AstraZeneca Pharmaceuticals, LP, et al.